

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-14-00610-CR

Joe A. **GOMEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4656
Honorable Ron Rangel, Judge Presiding

## O R D E R

On February 24, 2015, after notifying appellant of the missed deadline to file his brief, this Court granted appellant's motion for a 30-day extension of time, to March 6, 2015. After the court inquired by telephone regarding the status of appellant's intention to file a brief or motion for extension of time, appellant filed this second motion requesting another 30-day extension of time to April 6, 2015.

It is ORDERED the motion is GRANTED. Appellant must file the brief on or before Monday, April 6, 2015. This extension extends appellant's deadline to 60 days after the original brief was due. For this reason, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court